UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON and LORI JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATWATER, et al., <br><br> Defendants. | No. 1:18-cv-00920-DAD-SAB <br><br> ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion for summary judgment (Doc. No. 16) is hereby referred to United States Magistrate Judge Stanley A. Boone for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for September 4, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set via minute order by the assigned magistrate judge if deemed appropriate.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__  _____
UNITED STATES DISTRICT JUDGE

1