| | |
|---|---|
| RICHARD DEAN JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>Defendants. | No. 1:18-cv-00920-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 16, 23) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiffs Richard Dean Johnson and Lori Johnson (collectively, "plaintiffs") filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendant Deol Lakhwinder moved for summary judgment in her favor on July 22, 2019, and that motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 21.)

On September 23, 2019, the assigned magistrate judge issued findings and recommendations recommending the granting of defendant Lakhwinder's motion for summary judgment. (Doc. No. 23.) The findings and recommendations were served on the parties and contained notice that any objections to those findings and recommendations were to be filed within fourteen (14) days from the date of service. (*Id.*) The period for filing objections has passed and no objections have been filed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed September 3, 2019 (Doc. No. 23) are adopted in full;
2. Defendant Lakhwinder's motion for summary judgment (Doc. No. 16) is granted;
3. Plaintiffs' request to substitute Teri Albrecht in defendant Lakhwinder's place is denied; and
4. Judgment is entered in favor of defendant Lakhwinder as to plaintiffs' claims brought against her.

IT IS SO ORDERED.

Dated: **December 30, 2019**

UNITED STATES DISTRICT JUDGE