UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ATWATER, et al., <br><br> Defendants. | Case No. 1:18-cv-00920 DAD SAB <br><br> ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING DATES |

    Currently, this matter is ready to proceed to a trial by jury. A status conference is set before District Judge Dale A. Drozd on February 23, 2021, and the parties have been ordered to file any motion to withdraw, motion to re-open discovery, motion to reopen law and motion for purposes of filing a new summary judgment motion or a motion to amend the complaint by February 16, 2020. (ECF No. 32.) On February 1, 2021, the parties filed a stipulation to vacate all pending dates and for a settlement conference to be set before the undersigned. The Court shall set a settlement conference, but rather than vacating the pending dates, due to the age of this action, they shall be continued.

    A settlement conference shall be set for March 12, 2021, before the undersigned. The settlement conference shall be conducted by video and the Courtroom Deputy will provide the parties with the information on how to appear prior to the scheduled date. Unless otherwise

permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference.

*Confidential Settlement Conference Statement:* At least seven (7) court days prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

    A.    A brief statement of the facts of the case.

    B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    C.    A summary of the proceedings to date.

    D.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    E.    The relief sought.

    F.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

///

Accordingly, IT IS HEREBY ORDERED that:

1. A settlement conference is set for **March 12, 2021, at 9:30 a.m.** in Courtroom 9 before the United States Magistrate Judge Stanley A. Boone;

2. The parties shall submit confidential settlements statement **seven (7) court days** prior to the scheduled date;

3. The scheduling conference set for February 23, 2021, is CONTINUED to **April 19, 2021, at 1:30 p.m.** in Courtroom 5; and

4. The deadline to file any motion to withdraw, motion to re-open discovery, motion to re-open law and motion is CONTINUED to **April 16, 2021.**

IT IS SO ORDERED.

Dated: **February 2, 2021**

UNITED STATES MAGISTRATE JUDGE