# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>Defendants. | Case No. 1:18-cv-00920-DAD-SAB<br><br>ORDER FOLLOWING SETTLEMENT VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on March 12, 2021, at which the parties reached a settlement agreement. (ECF No. 39.)

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within thirty (30) days of entry of this order; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:  **March 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1